UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**Savankumar Bharatbhai Patel**

**V.**

**Bondi et al**

**CIVIL ACTION NO. 1: 25-cv-12712-MJJ**

**ORDER OF DISMISSAL**

**JOUN, D.J.**

**In accordance with this Court's memorandum of decision dated July 7, 2026 it is hereby ORDERED that the above-entitled action be and hereby is dismissed.**

July 7, 2026

/s/ Sophie Phillips
---------------------------
**Deputy Clerk**